| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Peter J. Scandroli** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx–xx–6415** <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | **Lori A Scandroli** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx–xx–7610** <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Northern District of Illinois** | | |
| Case number:   **20–80670** | | |

# Order of Discharge                                                                                                   12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Peter J. Scandroli                                      Lori A Scandroli

July 14, 2020                                          **For the court:**   <u>Jeffrey P. Allsteadt, Clerk</u>
                                                                          United States Bankruptcy Court

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 20-80670-TML
Peter J. Scandroli                                                      Chapter 7
Lori A Scandroli
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-3          User: admin              Page 1 of 2           Date Rcvd: Jul 14, 2020
                              Form ID: 318             Total Noticed: 56

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 16, 2020.
db/jdb         Peter J. Scandroli,   Lori A Scandroli,   2009 Coronet Road,   Loves Park, IL 61111-3210
28770697      +Associated Bank,   1305 Main Street,   Stevens Point, WI 54481-2898
28770699       BP Oil Credit Card Center,   P.O. Box 15298,   Wilmington, DE 19850-5298
28770710       Elastic,   Republic Bank & Trust Company,   P.O. Box 950276,   Louisville, KY 40295-0276
28770712      +Exxon Mobil,   P.O. Box 6404,   Sioux Falls, SD 57117-6404
28770714       Fortiva Credit Card,   P.O. Box 105374,   Atlanta, GA 30348-5374
28770717       Genesis Credit Bankcard/Milestone,   P.O. Box 4499,   Beaverton, OR 97076-4499
28770718       Genesis Credit/First Electronic,   P.O. Box 4499,   Beaverton, OR 97076-4499
28770719       Genesis/Home Improver Card,   P.O. Box 4499,   Beaverton, OR 97076-4499
28770730       Pulmonary Mdeicine Clinic,   Dept. of SwedishAmerican Hospital,   P.O. Box 310283,
                Des Moines, IA 50331-0283
28770732     ++ROCKFORD BELL CREDIT UNION,   4225 N PERRYVILLE ROAD,   LOVES PARK IL 61111-8652
              (address filed with court: Rockford Bell Credit Union,   4225 Perryville Rd,
                Loves Park, IL 61111)
28770731       Radiology Consultants of Rockford,   39020 Eagle Way,   Chicago, IL 60678-1390
28770733      +Rockford Bell Credit Union Visa,   4225 Perryville Rd,   Loves Park, IL 61111-8652
28770734      +Rockford Mercantile Agency Inc,   P.O. Box 5847,   2502 S. Alpine Road,
                Rockford, IL 61108-7813
28770737       Swedish American,   A Division of UW Health,   P.O. Box 1567,   Rockford, IL 61110-0067
28770741       The Hertz Corporation,   Dept 1190,   P.O. Box 121190,   Dallas, TX 75312-1190
28770743      +The Home Depot,   c/o Citibank, N.A.,   P.O. Box 790328,   Saint Louis, MO 63179-0328
28770745       University of Illinois Hospital,   7754 Solutions Center,   Chicago, IL 60677-7007

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
28770694      +E-mail/Text: backoffice@affirm.com Jul 15 2020 03:23:35     Affirm,
                30 Isabella Street, Floor 4,   Pittsburgh, PA 15212-5862
28770695       EDI: RMSC.COM Jul 15 2020 06:48:00     Amazon,   c/o Synchrony Bank,   P.O. Box 965060,
                Orlando, FL 32896-5060
28770696      +EDI: AMEREXPR.COM Jul 15 2020 06:48:00     American Express,   P.O. Box 981535,
                El Paso, TX 79998-1535
28770698      +EDI: CITICORP.COM Jul 15 2020 06:48:00     Best Buy,   c/o Citi Cards,   P.O. Box 6500,
                Sioux Falls, SD 57117-6500
28770700       EDI: CAPITALONE.COM Jul 15 2020 06:48:00      Cabela's,   c/o Capital One,   P.O. Box 30285,
                Salt Lake City, UT 84130-0285
28770701       EDI: CAPITALONE.COM Jul 15 2020 06:48:00      Capital One,   P.O. Box 30285,
                Salt Lake City, UT 84130-0285
28770704      +E-mail/PDF: creditonebknotifications@resurgent.com Jul 15 2020 03:27:38      Credit One Bank,
                P.O. Box 98873,   Las Vegas, NV 89193-8873
28770705       EDI: RMSC.COM Jul 15 2020 06:48:00     Dick's Sporting Goods,   c/o Synchrony Bank,
                P.O. Box 965008,   Orlando, FL 32896-5008
28770706       EDI: DISCOVER.COM Jul 15 2020 06:48:00     Discover Financial Services LLC,   P.O. Box 3025,
                New Albany, OH 43054-3025
28770707       EDI: RMSC.COM Jul 15 2020 06:48:00     Drive Savvy Rewards,   c/o Synchrony Bank,
                P.O. Box 965061,   Orlando, FL 32896-5081
28770708       EDI: RMSC.COM Jul 15 2020 06:48:00     EBay,   c/o Synchrony Bank,   P.O. Box 965061,
                Orlando, FL 32896-5081
28770711      +E-mail/Text: bknotice@ercbpo.com Jul 15 2020 03:22:09     ERC/Enhanced Recovery Corp,
                P.O. Box 57610,   Jacksonville, FL 32241-7610
28770713       E-mail/Text: madelin@abwcompanies.com Jul 15 2020 03:23:32     Forest City Diagnostiv Imaging,
                7021 W. 153rd Street, Suite 1,   Orland Park, IL 60462-5397
28770715       EDI: WFNNB.COM Jul 15 2020 06:48:00     Gander Mountain,   c/o Comenity BK Dept,
                P.O. Box 182125,   Columbus, OH 43218-2125
28770716       EDI: PHINGENESIS Jul 15 2020 06:53:00     Genesis Credit Bankcard Services,   P.O. Box 4499,
                Beaverton, OR 97076-4499
28770720      +EDI: BLUESTEM Jul 15 2020 06:53:00     Gettington Credit/Webbank,   Attn: Bankruptcy Department,
                6250 Ridgewood Road,   Saint Cloud, MN 56303-0820
28770702       EDI: JPMORGANCHASE Jul 15 2020 06:48:00     Chase Credit Cards,   P. O. Box 15298,
                Wilmington, DE 19850-5298
28770703       EDI: JPMORGANCHASE Jul 15 2020 06:48:00     Chase Home Finance,   3415 Vision Drive,
                Columbus, OH 43219-6009
28770721       E-mail/Text: bncnotices@becket-lee.com Jul 15 2020 03:21:11     Kohl's,   P.O. Box 3043,
                Milwaukee, WI 53201-3043
28770722       EDI: RMSC.COM Jul 15 2020 06:48:00     Lowe's,   c/o Synchrony Bank,   P.O. Box 965060,
                Orlando, FL 32896-5060
28770723       EDI: CAPITALONE.COM Jul 15 2020 06:48:00      Menard's,   c/o Capital One,   P.O. Box 30285,
                Salt Lake City, UT 84130-0285
28770724      +E-mail/PDF: MerrickBKNotifications@Resurgent.com Jul 15 2020 03:28:15      Merrick Bank,
                P.O. Box 9201,   Old Bethpage, NY 11804-9001
28770725      +E-mail/Text: netcreditbnc@enova.com Jul 15 2020 03:23:18     Net Credit,
                175 W. Jackson Blvd., Suit1000,   Chicago, IL 60604-2863
28770726       EDI: RMSC.COM Jul 15 2020 06:48:00     Network,   c/o Synchrony Bank,   P.O. Box 965061,
                Orlando, FL 32896-5081

```
District/off: 0752-3           User: admin              Page 2 of 2              Date Rcvd: Jul 14, 2020
                               Form ID: 318             Total Noticed: 56
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
28770727         EDI: RMSC.COM Jul 15 2020 06:48:00      PayPal,    c/o Synchrony Bank,   P.O. Box 965008,
                 Orlando, FL 32896-5008
28770728         EDI: RMSC.COM Jul 15 2020 06:48:00      PayPal Mastercard,    c/o Synchrony Bank,
                 P.O. Box 965008,   Orlando, FL 32896-5008
28770729         EDI: RMSC.COM Jul 15 2020 06:48:00      Phillips 66,    c/o Synchrony Bank,   P.O. Box  965061,
                 Orlando, FL 32896-5081
28868001        +E-mail/Text: pkasmar@reilly-lawoffices.com Jul 15 2020 03:22:19      Rockford Bell Credit Union,
                 c/o Reilly Law Offices,    6801 Spring Creek Road,    Suite 2D,   Rockford, IL 61114-7420
28770735         EDI: RMSC.COM Jul 15 2020 06:48:00      Sam's Club,    c/o Synchrony Bank,   P.O. Box 965060,
                 Orlando, FL 32896-5060
28770736         EDI: RMSC.COM Jul 15 2020 06:48:00      Score Rewards,    c/o Synchrony Bank,   P.O. Box  965061,
                 Orlando, FL 32896-5081
28770738         E-mail/Text: egill@swedishamerican.org Jul 15 2020 03:23:44      Swedish American Hospital,
                 P.O. Box 310283,   Des Moines, IA 50331-0283
28775705        +EDI: RMSC.COM Jul 15 2020 06:48:00      Synchrony Bank,    c/o PRA Receivables Management, LLC,
                 PO Box 41021,   Norfolk, VA 23541-1021
28770739         EDI: RMSC.COM Jul 15 2020 06:48:00      Synchrony Home,    P.O. Box 965060,
                 Orlando, FL 32896-5060
28770740         EDI: WTRRNBANK.COM Jul 15 2020 06:48:00       Target Stores,   c/o Target Credit Services,
                 P.O. Box 673,   Minneapolis, MN 55440-0673
28770742         E-mail/Text: tidewaterlegalebn@twcs.com Jul 15 2020 03:21:23      The Home Depot,
                 c/o Tidewater Finance Company,    6520 Indian River Road,    Virginia Beach, VA 23464-3439
28770744        +E-mail/Text: bankruptcydepartment@tsico.com Jul 15 2020 03:23:16      Transworld Systems Inc,
                 500 Virginia Drive, #514,    Fort Washington, PA 19034-2733
28770709         EDI: USBANKARS.COM Jul 15 2020 06:53:00       Elan Financial Service,   777 E Wisconsin Ave,
                 Milwaukee, WI 53202
28770746         EDI: RMSC.COM Jul 15 2020 06:48:00      Wal-Mart,    c/o Synchrony Bank,   P.O. Box 965060,
                 Orlando, FL 32896-5060
                                                                                              TOTAL: 38

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 16, 2020                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 14, 2020 at the address(es) listed below:
```
              Jeffry A. Dahlberg    on behalf of Debtor 1 Peter J. Scandroli ljekberg@balsleylawoffice.com,
               lisah@balsleylawoffice.com;chp13@balsleylawoffice.com;dahlbergjr59004@notify.bestcase.com
              Joseph D Olsen    Jolsenlaw@comcast.net, il46@ecfcbis.com
              Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
              William A Reilly, II    on behalf of Creditor    Rockford Bell Credit Union
               ewhitman@reilly-lawoffices.com
                                                                                              TOTAL: 4
```